**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| EFREN GARCIA LOPEZ,<br>Petitioner,<br>v.<br>LUIS SOTO, *et al.*,<br>Respondents. | Civil Action No. 26-7908 (JXN)<br><br>**ORDER** |

**NEALS**, District Judge

**THIS MATTER** comes before the Court on Petitioner Efren Garcia Lopez's ("Petitioner") Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Respondents filed an opposition (ECF No. 6), and Petitioner replied (ECF No. 7). The Court has carefully considered the parties' submissions and decides this matter without oral argument under Federal Rule of Civil Procedure 78(b) and Local Civil Rule 78.1(b). For the reasons in the accompanying Opinion,

IT IS on this 23rd day of July 2026,

**ORDERED** that the Petition (ECF No. 1) is **DENIED**; and it is further

**ORDERED** that the Motion for Temporary Restraining Order (ECF No. 2) is **DISMISSED as moot**; it is further

**ORDERED** the Clerk of Court shall serve a copy of this Order and the accompanying Opinion upon the parties electronically and **CLOSE** the case.

**JULIEN XAVIER NEALS**
**United States District Judge**